Peter N. Brewer, Esq. St.Bar № 87971
Julia M. Wei, Esq. St.Bar № 218005
Eric T. Hartnett, Esq. St.Bar № 234765
Law Office of Peter N. Brewer
350 Cambridge Avenue, Suite 200
Palo Alto, California 94306-1573

Ph: 650/327-2900
Fax: 650/327-5959

Attorney for Defs., Evans & Luptak, P.L.C.,
and Michael J. Mehr

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| WAYNE AUSTIN; and KAYE AUSTIN;<br><br>Plaintiffs,<br><br>vs.<br><br>EVANS & LUPTAK, P.L.C.; MICHAEL J. MEHR; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case №: 2:09-CV-02137-JAM-CMK<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE (28 U.S.C. § 1404(a))<br><br>Date:  October 7, 2009<br>Time:  9:00 a.m.<br>Dept:  Courtroom 6, 14th Floor<br>Judge: Hon. John A. Mendez |

The Defendant's Motion to Transfer came regularly before the above-titled court, at the United States District Court, Eastern District of California, in Courtroom 6, the Honorable John A. Mendez presiding. Julia M. Wei appeared on behalf of the defendants, Evans & Luptak, P.L.C. and Michael J. Mehr. John D. (Dugan) Barr appeared telephonically on behalf of the plaintiffs, Wayne and Kaye Austin.

Having read the motion, opposition, replay and declarations filed by the parties, having taken judicial notice and having heard arguments of the parties,

---

Order Granting Def's Motion to Transfer Venue         -1-

1  IT IS HEREBY ORDERED that this entire action is transferred pursuant to 28 U.S.C. § 1404(a) from
2  the Eastern District of California to Michigan.

4  Dated: October 19, 2009

5                                        By       /s/ John A. Mendez
6                                                      Hon. John A. Mendez

8  Read and Approved as to form:
9                                                Barr & Mudford, LLP

10  Dated: October ____, 2009

11                                          By _____
                                              John D. (Dugan) Barr,
12                                               Attorney for Plaintiffs Wayne and Kaye Austin