# United States District Court

## For the Eastern District of Michigan

231 West Lafayette Boulevard, Fifth Floor
Detroit, Michigan 48226

David J. Weaver, Court Clerk                                          313-234-5044

October 22, 2009

Peter Nixon Brewer
Law Offices of Peter N. Brewer
350 Cambridge Avenue
Suite 200
Palo Alto, CA 94306

Re: 09-14147 (Austin, et al., vs. Evans & Luptak, PLC, et al.)

Dear Mr. Brewer:

On 10/21/09 the case cited above was transferred to this court from the Eastern District of California.  The papers filed indicate that you intend to represent a party in the United States District Court for the Eastern District of Michigan.

After reviewing our attorney roll, we find no record of your admission to the Eastern District of Michigan's Local Bar.  Local Rule 83.20 mandates the admission of all counsel practicing in this Court.

Within 14 days of the date of this letter, please make application to the Eastern District of Michigan by submitting the $200.00 application fee.  Your check should be payable to "Clerk, U.S. District Court" and mailed to:

>           Office of the Clerk
>           United States District Court
>           231 W. Lafayette Street, Fifth Floor
>           Detroit, Michigan 48226-2797

Do not file any further papers in this district until your admission status has been corrected.  Failure to timely comply with this request may result in previously filed papers being stricken and/or the imposition of sanctions.

Lastly, our court is a mandatory e-filing court.  Therefore, in addition to admission to the bar, you must also apply for an electronic filing login and password.   Visit www.mied.uscourts.gov for more information.

Sincerely,

DAVID J. WEAVER
Clerk, U.S. District Court

s/D.Peruski
Donald A. Peruski
Attorney Admissions Clerk

cc:     09-14147
        Judge Victoria A. Roberts