**IT IS THE RESPONSIBILITY OF COUNSEL TO READ THE ENTIRE ORDER**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Wayne Austin and Kaye Austin,

    Plaintiff(s),

vs                                                                  Case No: 09-14147
                                                Honorable Victoria A. Roberts
                                                Magistrate Judge Hluchaniuk

Evans & Luptak, P.L.C., et al

    Defendant(s).
_____/

**SCHEDULING ORDER (PHASE I)**

**PLEASE DOCKET IMMEDIATELY;
NO FURTHER NOTICE OF THESE DATES WILL BE SENT**

1. Exchange of Initial Disclosures under FRCP 26(a)(1):   N/A   .

2. Deadline to Amend:   3/17/10   .

3. Deadline for identification of all fact witnesses:   4/15/10   .

4. Fact Discovery Motions **must be filed by**:   4/30/10   .

5. Deadline for **completing initial discovery**:   6/1/10   .

6. Non-binding mediation:   Must be completed by 7/15/10   .

7. Status Conference date and time:   7/27/10 at 4:00 pm   .

**PLEASE NOTE THE FOLLOWING**:

1. The parties **may not stipulate** to extend any dates if it impacts the settlement conference date set by the Court.

2. **Briefing Schedule**: Unless specifically addressed in this Order, the local court rules

       apply for filing responses and replies to motions.

3. **All briefs** shall comply strictly with LR 7.1 (Statement of Issues, Statement of Controlling/Most Appropriate Authority), and, in addition, must contain a Table of Contents, an Index of Authorities and an Index of Exhibits. The Exhibits must be tabbed. For cases and other sources cited, the briefs should contain a link to the citation. Cases should not be attached. **Counsel are to highlight relevant portions of exhibits to which the Court's attention should be directed.** Furthermore, the format requirements as set forth in LR 5.1 must be strictly adhered to.

4. **Motion hearings**: Pursuant to L.R. 7.1(e)(2), the Court will decide motions on the briefs filed, **UNLESS** the Court issues a Notice of Motion Hearing.

5. Counsel are advised to **bring their calendars** to the Settlement Conference because if the case fails to settle, the Court will set other dates, through trial, at that time.

6. **No dispositive motions** are allowed prior to the conclusion of the Settlement Conference.

**THE ABOVE CONSTITUTES AN ORDER OF THIS COURT.**

                                                      /s/ Victoria A. Roberts
Dated: 3/12/10                                  Honorable Victoria A. Roberts
                                                    United States District Court

(Revised 8/27/07)