UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Wayne Austin, et al

    Plaintiff(s),

vs                                                 Case No: 09-14147
                                                Honorable Victoria A. Roberts

Evans & Luptak, P.L.C., et al

    Defendant(s),
_____/

## NOTICE OF TELEPHONE CONFERENCE ON PENDING MOTION

RE: Plaintiffs' Motion to Compel Discovery

    The Court received the above motion. The moving party of the motion must immediately contact other counsel of record to find a convenient time within the next three (3) days to hold a telephone conference with the Court.  After checking schedules, the moving party must contact my secretary, Linda Vertriest, to arrange a conference.  After this telephone conference, the Court will determine the necessity for more formal consideration of the motion.

    This notice is not intended to prompt either a written response to this motion or the filing of additional motions by any party.  If time permits, the Court will discuss other issues during the telephone conference.

                                                    /s/ Victoria A. Roberts
                                                    Victoria A. Roberts
Dated: 5/10/10                               United States District Court Judge
_____

### CERTIFICATE OF SERVICE

I certify that a copy of this notice was served upon all counsel of record on the above date by electronic filing or fax.
                                                    /s/ Linda Vertriest