UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE AUSTIN AND KAYE AUSTIN,

    Plaintiffs,

vs                                                                      Case No: 09-14147
                                                                  Honorable Victoria A. Roberts

EVANS & LUPTAK, P.L.C., AND
MICHAEL J. MEHR,

    Defendants.
_____/

## ORDER

    Plaintiffs filed a Motion to Compel Discovery (Doc. #26).  On Wednesday, May 12, 2010, the Court held a telephone conference on the motion.  Attending were Thomas Howlett representing the Plaintiffs and Madeleine Szymanski and Vincent Rabaut representing the Defendants.

    Based on the discussion held, the motion is **DENIED WITHOUT PREJUDICE**.  Defendants produced documents to Plaintiffs on May 11th and 12th, which counsel for Plaintiffs must review, along with a Privilege Log which is to be filed by May 19th.

    **IT IS ORDERED**.

                                                             /s/ Victoria A. Roberts
                                                             Victoria A. Roberts
                                                             United States District Judge

Dated: May 13, 2010

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 13, 2010.

s/Linda Vertriest
Deputy Clerk