UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE AUSTIN AND KAYE AUSTIN,

    Plaintiffs,

vs.                                Case No. 2:09-cv-14147-VAR-MJH

EVANS & LUPTAK, P.L.C., MICHAEL J.       Hon. Victoria A. Roberts
MEHR, AND DOES 1 through 20, inclusive,

    Defendants.
_____/

| | |
|---|---|
| **GEORGE A. GOOGASIAN (P14185)** | **VINCENT C. RABAUT, JR. (P24443)** |
| **THOMAS H. HOWLETT (P57346)** | **MADELEINE SZYMANSKI (P55567)** |
| **DEAN M. GOOGASIAN (P53995)** | Attorneys for Defendants Evans & Luptak, |
| Attorneys for Plaintiffs | P.L.C. and Michael J. Mehr |
| 6895 Telegraph Road | 333 West Fort Street, Suite 1600 |
| Bloomfield Hills, MI 48301-3138 | Detroit, MI 48226 |
| (248) 540-3333 | (313) 965-6100 |
| thowlett@googasian.com | vrabaut@rmrtt.com |
| dgoogasian@googasian.com | mszymanski@rmrtt.com |

_____/

## DEFENDANTS MICHAEL J. MERH AND
## EVANS & LUPTAK, PLC'S PRIVILEGE LOG

    Defendants Michael J. Mehr and Evans & Luptak, PLC, by and through their attorneys, object to production of the following documents on the grounds that the documents are protected from disclosure by the attorney-client privilege and/or the attorney work product doctrine and/or were prepared in anticipation of litigation and/or exempt from disclosure pursuant to certain State statutes and/or Federal Rules and/or Regulations and submit the following Privilege Log:

| **Date** | **Subject Matter** |
|---|---|
| 7/14/08 | Documents pertaining to California attorneys considered for engagement to represent Estate of Kenneth Hodas, deceased [attorney work product and prepared in anticipation of litigation] |

| | |
|---|---|
| 7/14/08 | Internal Evans & Luptak memorandum regarding retention of California attorney to represent Estate of Kenneth Hodas for probate of estate and possible will contest. Also discussion concerning gift tax to estate [attorney work product and prepared in anticipation of litigation] |
| 7/24/08 | Internal Evans & Luptak memorandum regarding retention of California attorney to represent the Estate of Kenneth Hodas for probate of the estate and possible will contest [attorney work product and prepared in anticipation of litigation] |
| 8/1//08 | E-mail from Mehr to attorney Darin Mercier ("Mercier") regarding Mercier's retention as counsel for the Estate of Kenneth G. Hodas, Deceased and e-mail response from Mercier regarding retention [attorney client privilege] |
| 8/5/08 | E-mail from Mercier to Mehr attaching Legal Services Agreement [attorney/client privilege] |
| 10/30/08 | Corres from Thomas Linville, Law Office of Darrin W. Mercier to Robert Shaw, Executor, regarding probate matters and will contest [attorney/client privilege] |
| 11/16/08 | E-mail from Mercier to Mehr regarding Rachel Hodas petition to determine validity of the Hodas trust naming trustees as parties and discussion concerning response on behalf of trustees [attorney/client privilege; attorney work product] |
| 11/16/08 | Corres from Thomas Linville, Law Office of Darrin W. Mercier to Robert Shaw, Executor requesting certain information [attorney/client privilege; attorney work product] |
| 11/25/08 | Corres from Thomas Linville, Law Office of Darrin W. Mercier to Robert Shaw, Executor and Michael J. Mehr regarding subpoenas served in connection with will contest and analysis of legal issues [attorney/client privilege; attorney work product] |
| 12/4/08 | Corres from Mercier to Evans & Luptak, who will appear on behalf of Robert Shaw, PR of Estate of Kenneth G. Hodas, at Shaw's deposition [attorney/client privilege and attorney work product] |
| Various dates 12/08 – 06/09 | Legal research [attorney work product and prepared in anticipation of litigation] |

2

| | |
|---|---|
| 7/24/09 | Corres from Mehr to Fishman re: Mercier invoice for legal services to Robert Shaw, PR of Estate of Kenneth G. Hodas & invoice [attorney/client privilege and attorney work product] |
| 8/13/09 | Corres from Julia M. Wei, Esq. to Evans & Luptak regarding legal malpractice claim filed by Austins [attorney/client privilege and attorney work product] |
| Undated | Evans & Luptak file document indexes provided to Rutledge Manion Rabaut Terry & Thomas [attorney work product]. |

            RUTLEDGE, MANION, RABAUT,
            TERRY & THOMAS, P.C.

            s/Madeleine R. Szymanski
            VINCENT C. RABAUT, JR. (P24443)
            MADELEINE R. SZYMANSKI (P55567)
            Attorneys for Defendants Evans & Luptak, PLC
             and Michael J. Mehr
            333 West Fort Street, Suite 1600
            Detroit, Michigan 48226
            (313) 965-6100
            mszymanski@rmrtt.com

DATED: May 19, 2010

## CERTIFICATE OF SERVICE

  I, LINDA S. HALLER hereby certify and say that I am employed by the law firm of RUTLEDGE, MANION, RABAUT, TERRY & THOMAS, P.C., and that on the 19th day of May, 2010, I electronically filed the foregoing paper with the Clerk of the Court and served via electronic filing upon:

    **GEORGE A. GOOGASIAN (P14185)**
    **THOMAS H. HOWLETT (P57346)**
    **DEAN M. GOOGASIAN (P53995)**
    Attorneys for Plaintiffs
    6895 Telegraph Road
    Bloomfield Hills, MI 48301-3138
    thowlett@googasian.com
    dgoogasian@googasian.com

  I declare that the statements above are true to the best of my information, knowledge and belief.

                    s/Linda S. Haller
                    lhaller@rmrtt.com