UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE AUSTIN AND KAYE AUSTIN,

Plaintiffs,

vs.

Case No. 2:09-cv-14147-VAR-MJH

EVANS & LUPTAK, P.L.C., MICHAEL J. MEHR, AND DOES 1 through 20, inclusive,

Hon. Victoria A. Roberts

Defendants.

_______________________________________/

**GEORGE A. GOOGASIAN (P14185)**
**THOMAS H. HOWLETT (P57346)**
**DEAN M. GOOGASIAN (P53995)**
Attorneys for Plaintiffs
6895 Telegraph Road
Bloomfield Hills, MI 48301-3138
(248) 540-3333
thowlett@googasian.com
dgoogasian@googasian.com

**VINCENT C. RABAUT, JR. (P24443)**
**MADELEINE SZYMANSKI (P55567)**
Attorneys for Defendants Evans & Luptak, P.L.C. and Michael J. Mehr
333 West Fort Street, Suite 1600
Detroit, MI 48226
(313) 965-6100
vrabaut@rmrtt.com
mszymanski@rmrtt.com

_______________________________________/

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT MICHAEL J. MEHR, WITH PREJUDICE AND WITHOUT COSTS, INTEREST OR ATTORNEY FEES**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Wayne Austin and Kaye Austin and Defendants Evans & Luptak, P.L.C. and Michael J. Mehr, through their respective counsel, that the above-entitled cause of action shall be dismissed as to Michael J. Mehr, only, with prejudice and without costs, interest or attorney fees.

**s/ Thomas H. Howlett**
**THOMAS H. HOWLETT (P57346)**
Attorneys for Plaintiffs
6895 Telegraph Road
Bloomfield Hills, MI 48301-3138
(248) 540-3333
thowlett@googasian.com
dgoogasian@googasian.com

**s/ Madeleine Szymanski**
**VINCENT C. RABAUT, JR. (P24443)**
**MADELEINE SZYMANSKI (P55567)**
Attorneys for Defendants Evans & Luptak, P.L.C. and Michael J. Mehr
333 West Fort Street, Suite 1600
Detroit, MI 48226
(313) 965-6100
vrabaut@rmrtt.com
mszymanski@rmrtt.com

## ORDER OF DISMISSAL AS TO DEFENDANT MICHAEL J. MEHR, ONLY

At a session of said Court held in the Courthouse for the United States District Court for the Eastern District of Michigan, Southern Division, on _7/28/2010_______________.

PRESENT: HONORABLE Victoria A. Roberts
United States District Judge

Upon reading and filing the attached Stipulation, and the Court being otherwise advised in the premises;

IT IS ORDERED that the above-entitled cause of action is dismissed as to Defendant **Michael J. Mehr, only,** with prejudice and without costs, interest or attorney fees to any party.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge