UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE AUSTIN AND KAYE AUSTIN,

            Plaintiffs,

  vs.                              Case No. 2:09-cv-14147-VAR-MJH

EVANS & LUPTAK, P.L.C., MICHAEL J.    Hon. Victoria A. Roberts
MEHR, AND DOES 1 through 20, inclusive,

            Defendants.
_____/

**GEORGE A. GOOGASIAN (P14185)**    **VINCENT C. RABAUT, JR. (P24443)**
**THOMAS H. HOWLETT (P57346)**      **MADELEINE SZYMANSKI (P55567)**
**DEAN M. GOOGASIAN (P53995)**       Attorneys for Defendants Evans & Luptak,
Attorneys for Plaintiffs                         P.L.C. and Michael J. Mehr
6895 Telegraph Road                    333 West Fort Street, Suite 1600
Bloomfield Hills, MI 48301-3138        Detroit, MI 48226
(248) 540-3333                             (313) 965-6100
thowlett@googasian.com             vrabaut@rmrtt.com
dgoogasian@googasian.com         mszymanski@rmrtt.com

_____/

**STIPULATION AND ORDER FOR DISMISSAL OF
DEFENDANT EVANS & LUPTAK, P.L.C., WITH PREJUDICE
<u>AND WITHOUT COSTS, INTEREST OR ATTORNEY FEES</u>**

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Wayne Austin and Kaye Austin and Defendant Evans & Luptak, P.L.C., through their respective counsel, that the above-entitled cause of action shall be dismissed as to Defendant Evans & Luptak, P.L.C., with prejudice and without costs, interest or attorney fees.

| | |
|---|---|
| s/ Thomas H. Howlett | s/ Madeleine Szymanski |
| **THOMAS H. HOWLETT (P57346)** | **VINCENT C. RABAUT, JR. (P24443)** |
| Attorneys for Plaintiffs | **MADELEINE SZYMANSKI (P55567)** |
| 6895 Telegraph Road | Attorneys for Defendants Evans & Luptak, |
| Bloomfield Hills, MI 48301-3138 | P.L.C. and Michael J. Mehr |
| (248) 540-3333 | 333 West Fort Street, Suite 1600 |
| thowlett@googasian.com | Detroit, MI 48226 |
| dgoogasian@googasian.com | (313) 965-6100 |
| | vrabaut@rmrtt.com |
| | mszymanski@rmrtt.com |

### ORDER OF DISMISSAL AS TO DEFENDANT EVANS & LUPTAK, P.L.C.

At a session of said Court held in the Courthouse for the United States District Court for the Eastern District of Michigan, Southern Division, on  August 2, 2010.

PRESENT:  HONORABLE   Victoria A. Roberts
United States District Judge

Upon reading and filing the attached Stipulation, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the above-entitled cause of action be and it is hereby dismissed as to Defendant Evans & Luptak, P.L.C. with prejudice and without costs, interest or attorney fees to any party.

IT IS FURTHER ORDERED that this dismissal resolves the last pending claim and closes the case.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge